No. 48, Misc. Ex parte Nelson; and

No. 56, Misc. Ex parte McMahan. November 12, 1946. The motions for leave to file petitions for writs of mandamus are denied.

No. 49, Misc. Ex parte Kato;

No. 52, Misc. Ex parte Christian;

No. 53, Misc. Ex parte Allen;

No. 54, Misc. Ex parte Rediker; and

No. 55, Misc. Ex parte Gross. November 12, 1946. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 51, Misc. Ex parte Whitefield. November 12, 1946. The application is denied.

No. 57, Misc. Ex parte Fletcher. November 12, 1946. The motion for leave to file petition for writ of mandamus is denied. The Chief Justice and Mr. Justice Rutledge took no part in the consideration or decision of this application.

No. 45, Misc. Read v. Zimmerman. November 12, 1946. Motion denied.

No. 176. Shotkin v. Judges, Superior Court, Atlanta Circuit. See *post*, p. 828.